JUNE 30, 1939

No. 4613.——*Collin & Gissel* v. *United States.* Entered at Houston, Tex. Reap. Dec. 4565. Motion by plaintiffs.